UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 22-cv-21719-GAYLES

DANIEL AMY,
        Plaintiff,

vs.

BOARD OF TRUSTEES OF
FLORIDA INTERNATIONAL
UNIVERSITY,
        Defendant.
_____/

## PLAINTIFF'S WITNESS LIST

Plaintiff, Daniel Amy, by his undersigned counsel and pursuant to the Court's Pre-Trial Order [**D.E. 21**], hereby submits his Witness List.

1. Plaintiff, Daniel Amy
   5733 NW 101st Way
   Coral Springs, Florida 33076

2. Jerrod Johnson, Psy,D.
   1881 N. University Drive
   Coral Springs, Florida 33067

3. The remaining listed witnesses are attached hereto, as **EXHIBIT A.**

Respectfully submitted,

Mark J. Berkowitz, P.A.
Attorney for Plaintiff
One Ten Tower
110 S.E. 6th Street
Suite 1700
Ft. Lauderdale, Florida 33301
(954) 527-0570 Telephone
(954) 281-5881 Telecopier
E-mail: labor@markjberkowitz.com
Fla. Bar No. 369391

/s/ Mark J. Berkowitz
Mark J. Berkowitz

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by the Court's electronic filing system, CM/ECF, on this 1st day of February, 2023, to Lourdes Wydler, Marrero & Wydler, 2600 Douglas Road, Suite PH-4, Coral Gables, Florida 33134.

/s/ Mark J. Berkowitz
Mark J. Berkowitz