**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:22-cv-21719-DPG**

**DANIEL AMY,**

      Plaintiff,

v.

**THE FLORIDA INTERNATIONAL**
**UNIVERSITY BOARD OF TRUSTEES,**

      Defendant.

_____/

**ORDER**

    **THIS CAUSE** comes before the Court on the Florida International University Board of

Trustees' (the "Defendant" or "FIU") Motion to Dismiss the Second Through Fifteenth Claims of

Plaintiff's Second Amended Complaint (the "Motion to Dismiss") and Motion for Summary

Judgement (the "Motion for Summary Judgment"). [ECF Nos. 45, 55]. On January 8, 2024, the

Court referred this matter to Magistrate Judge Edwin Torres for a ruling on all pre-trial, non-

dispositive matters and a report and recommendation on all dispositive matters. [ECF Nos. 64, 65].

On November 20, 2024, Judge Torres entered a Report and Recommendation on Defendant's

Motions to Dismiss and Motion for Summary Judgment. [ECF Nos. 66, 67].[1] The parties have not

objected to the Report.

    A district court may accept, reject, or modify a magistrate judge's report and

recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which

---

[1] The Magistrate Judge separately filed the same Report and Recommendation for each of the two motions. The Court will treat the separately filed Reports and Recommendations as a single Report and Recommendation for the purposes of this Order.

objections are made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objections are made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

The Court finds no clear error with the Magistrate Judge's well-reasoned analysis and agrees that the Motion for Summary Judgment should be granted and the Motion to Dismiss be denied as moot.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    Magistrate Judge Edwin G. Torres's Report and Recommendation, [ECF Nos. 66, 67], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference.

2.    Defendant's Motion for Summary Judgment [ECF No. 55] is **GRANTED.**

3.    Defendant's Motion to Dismiss [ECF No. 44], is **DENIED as MOOT**.

4.    The Court will enter a separate judgment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 14th day of January, 2025.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE